UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | |
|---|---|---|
| Case No. | **CV 21-4616 MWF (ASx)** | Date: August 19, 2021 |
| Title | **Chunxia Zhao v. Chad F. Wolf, et al.** | |

| | | |
|---|---|---|
| Present: The Honorable: | MICHAEL W. FITZGERALD, United States District Judge | |
| Rita Sanchez | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Complaint was filed on June 4, 2021. (Docket No. 1). Pursuant to Federal Rules of Civil Procedure, Rule 4(m), the time to serve the Complaint will expire on September 2, 2021.

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **SEPTEMBER 17, 2021**.

- ■ BY PLAINTIFF:  PROOF OF SERVICE of Summons and Complaint on Defendants.

Failure to timely file a Proof of Service, or request an extension of time to do so, will result in the dismissal of this action on **September 20, 2021.**

AND/OR

- ■ BY DEFENDANTS:  RESPONSE TO THE COMPLAINT ("Response") by Defendants. The parties may also file an appropriate stipulation to extend the time within which Defendants must respond to the Complaint.

OR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 21-4616 MWF (ASx)**                                Date:  August 19, 2021

Title   **Chunxia Zhao v. Chad F. Wolf, et al.**

■ BY PLAINTIFF:  APPLICATIONS FOR CLERK TO ENTER DEFAULT as to Defendants who do not timely respond to the Complaint.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause by **SEPTEMBER 20, 2021** will result in the dismissal of this action.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm